[No. 5. Decided May 28, 1890.]

## B. F. BURCH v. JAMES N. GLOVER.

*Error to District Court, Spokane County.*

*Turner, Forster & Turner,* for plaintiff in error.

*Griffitts, Moore & Feighan,* and *Frank H. Graves,* for defendant in error.

The opinion of the court was delivered by

STILES, J. — This cause presents precisely the same state of facts as that of *Burch v. Taylor, ante,* p. 245, and for the reasons given in that case the judgment of the court below is affirmed.

HOYT, J., concurs.

ANDERS, C. J., and SCOTT, J., concur in the result.

DUNBAR, J., not sitting.